UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRESTON JOEL MAYS,<br><br>　　　　Defendant. | No.  2:95-cr-00143-GEB-GGH<br><br><br>**ORDER** |

　　　　On November 7, 2014, and January 5, 2015, Defendant Preston Joel Mays filed, in pro per, what appear to be identical motions for the modification of his sentence under 18 U.S.C. § 3582(c)(2). (ECF Nos. 177, 178.) In essence, Defendant argues the retroactive post-sentencing reduction of his base offense level and his favorable post-sentencing conduct justify a reduction of his sentence.

　　　　On April 14, 2015, the Office of the Federal Defender filed a notice stating it "does not recommend appointment of counsel" concerning the referenced motions. (ECF No. 179.)

　　　　The government is requested to file a written response to Defendant's motions no later than May 1, 2015.

Dated:  April 16, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1